**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Adam D.Hoefs, | Civil No. 09-3576 (RHK/RLE) |
| Plaintiff, | **ORDER** |
| vs. | |
| Seierstad Law Office, John Doe, | |
| Defendants. | |

---

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: December 16, 2009

                                                         s/Richard H. Kyle
                                                       RICHARD H. KYLE
                                                       United States District Judge