## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

___

Adam D. Hoefs,  Civil No. 09-3576 (RHK/RLE)

    Plaintiff, **ORDER**

v.

Seierstad Law Office, John Doe,

    Defendants.

___

Pursuant to the parties' Stipulation (Doc. No. 3), **IT IS ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE**, on its merits, and without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 9, 2010

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge